

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

UNITED STATES OF AMERICA )
)
v. ) Case No. 1:91-cr-115 - 08
) Judge Edgar
TAMMY CUTWRIGHT a/k/a )
TAMMY THOMPSON )

## ORDER

Defendant and federal prisoner Tammy Cutwright a/k/a Tammy Thompson ("Cutwright") has made a *pro se* motion pursuant to 18 U.S.C. § 3582(c)(2) to modify and reduce her term of imprisonment based on a retroactive application of Amendment 706 to the United States Sentencing Guidelines. [Doc. No. 418]. In accordance with Standing Order No. SO-08-02 of this Court, Federal Defender Services of Eastern Tennessee ("FDS") is appointed to represent Cutwright.

On or before **April 15, 2008**, FDS shall file a brief. On or before **May 1, 2008**, the United States government shall file its response.

If movant Cutwright and the government are able to reach an agreement concerning what they believe is a proper disposition of the motion, they may submit a joint recommendation and tender a proposed agreed order for the Court's consideration. The ultimate decision on the motion is in the Court's discretion under 18 U.S.C. § 3582(c)(2).

After the government files its response, the Probation Office shall prepare and provide to the Court and to counsel for the parties a supplemental sentencing report or Sentence Modification Report that addresses the following issues:

(1) A summary of the procedural history of the sentencing decisions, including whether the original sentence was imposed pursuant to *United States v. Booker*, 543 U.S. 220 (2005), reflected any departures or variances, or was reduced under U.S.S.G. § 5K1.1 or Fed. R. Crim. P. 35(b);

(2) The original Sentencing Guideline calculation, and a recalculation of the Guideline range in accordance with U.S.S.G. § 1B1.10 and Amendment 706 as amended by Amendment 711 to the Sentencing Guidelines;

(3) A statement whether the movant is eligible for a reduction of sentence under 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10 based on a retroactive application of Amendments 706 and 711, and the basis and reasons for reaching that conclusion;

(4) Any information available to the Probation Office from the United States Bureau of Prisons concerning the movant's post-sentencing conduct or misconduct while imprisoned in federal custody;

(5) Any information available to the Probation Office concerning relevant public safety considerations, including the danger to any person or the community that may be posed by a reduction in the term of imprisonment. This includes information concerning the need to protect the public from the commission of further crimes by the movant; and

(6) A recommendation for the Court's disposition of the 18 U.S.C. § 3582(c)(2) motion.

If a party has any objection to the report prepared by the Probation Office, all objections shall be filed in writing with the Court within ten (10) days after receipt of the report. The opposing

party shall file a response to the objections within seven (7) days after the objections are filed.

The Clerk of Court shall mail copies of this order and Standing Order No. SO-08-02 to Tammy Cutwright a/k/a Tammy Thompson # 12582-074, Federal Medical Center, Carswell, P.O. Box 27137, Ft. Worth, TX 76127.

SO ORDERED.

ENTER this the 20th day of March, 2008.

/s/ R. Allan Edgar
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE